# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3887

_____

Melvin Leroy Tyler; Kevin Bromwell;　*
Duc Duong,　*
　*
Appellants,　*
　*　Appeal from the United States
v.　*　District Court for the
　*　Eastern District of Missouri.
Marion V. Favazza, Clerk, Circuit　*
Court of St. Louis City,　*　[UNPUBLISHED]
　*
Appellee.　*

_____

Submitted: November 13, 2007
Filed:  December 3, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Missouri inmates Melvin Leroy Tyler, Kevin Bromwell, and Duc Duong appeal following the district court's[1] adverse grant of summary judgment in their 42 U.S.C. § 1983 action.  Having carefully reviewed the record and considered appellants' arguments, we find no basis for reversing the orders challenged on appeal. Accordingly we affirm, see 8th Cir. R. 47B, although we modify the dismissal of the

_____

[1]The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

supplemental state law claims to be without prejudice, <u>see</u> <u>Franklin v. Zain</u>, 152 F.3d 783, 786 (8th Cir. 1998).  We also deny appellants' pending motions.

_____